17 So.2d 184

**Will (alias Gripper) DIXON v. STATE.**
**2 Div. 726.**

Court of Appeals of Alabama.
Dec. 14, 1943.

Gordon Davis, of Tuscaloosa, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

14 So.2d 913

**Arthur (A. J.) DOBBINS v. STATE.**
**8 Div. 347.**

Court of Appeals of Alabama.
June 1, 1943.

H. T. Foster, of Scottsboro, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 184

**D. E. (alias Ed) DODD v. STATE.**
**7 Div. 726.**

Court of Appeals of Alabama.
Jan. 18, 1944.

Claud D. Scruggs, of Guntersville, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

14 So.2d 913

**Lewis DREWER v. STATE.**
**7 Div. 748.**

Court of Appeals of Alabama.
June 30, 1943.

Chas. F. Douglas, of Anniston, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 880

**David Daniel (alias Reverend) DUNBAR**
**v. STATE.**
**I Div. 447.**

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.